# Exhibit 20

|   | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | |
| 2 | Reorder Number | Product Description | NDC | UPC | Mar-09 | Feb-10 | Jan-11 | Jan-12 | Oct-12 | Oct-13 | Apr-14 | Apr-15 | Jan-16 |
| 3 | | **RETAIL STRIP PRODUCTS** | | | | | | | | | | | |
| 4 | 12050 | Retail FreeStyle Test Strips 50 ct. | 99073-0120-50 | 6-99073-12050-2 | $50.75 | $53.24 | 55.85 | $56.99 | $58.99 | $ 64.59 | $68.47 | $72.58 | $72.58 |
| 5 | 70822 | Retail FreeStyle Lite Test Strips 50 Ct | 99073-0708-22 | 6-99073-70822-9 | $52.79 | $54.85 | 56.99 | $56.99 | $58.99 | $ 64.59 | $68.47 | $72.58 | $72.58 |
| 6 | 99728 | Retail Precision Xtra Test Strips 50 ct. | 57599-9728-04 | 0-93815-99728-3 | $48.02 | $50.37 | 52.84 | $56.99 | $58.99 | $ 64.59 | $68.47 | $72.58 | $72.58 |
| 7 | 12101 | Retail FreeStyle Test Strips 100 ct. | 99073-0121-01 | 6-99073-12101-1 | $90.58 | $95.02 | 99.68 | $107.22 | $113.98 | $ 124.81 | $132.30 | $140.23 | $140.23 |
| 8 | 70827 | Retail FreeStyle Lite Test Strips 100 Ct | 99073-0708-27 | 6-99073-70827-4 | $94.20 | $97.87 | 101.69 | $107.22 | $113.98 | $ 124.81 | $132.30 | $140.23 | $140.23 |
| 9 | 99877 | Retail Precision Xtra Test Strips 100 ct. | 57599-9877-05 | 0-93815-99877-8 | $89.84 | $94.24 | 98.86 | $107.22 | $113.98 | $ 124.81 | $132.30 | $140.23 | $140.23 |
| 10 | 70745 | Retail Precision Xtra Beta Ketone Test Strips 10 ct. | 57599-0745-01 | 0-93815-70745-5 | $35.16 | $36.88 | 38.68 | $38.68 | $41.12 | $ 45.03 | $47.73 | $50.59 | $50.59 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ABBOTT0008756

| | N |
|---|---|
| 1 | |
| 2 | **Jan-17** |
| 3 | |
| 4 | $72.58 |
| 5 | $72.58 |
| 6 | $72.58 |
| 7 | $140.23 |
| 8 | $140.23 |
| 9 | $140.23 |
| 10 | $50.59 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ABBOTT0008757