ORIGINAL

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN - 1 2017 ★

BROOKLYN OFFICE

| Abbott Laboratories, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17cv3095 |
| H & H Wholesale Services, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants H&H Warehouse Services, Howard Goldman and David Gulas.

Date:   06/01/2017

*Attorney's signature*

Alan Levine AL
*Printed name and bar number*
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

*Address*

alevine@cooley.com
*E-mail address*

(212) 479-6260
*Telephone number*

(212) 479-6275
*FAX number*