UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------- X
ABBOTT LABORATORIES, *et al.*,

                Plaintiffs,

-v-

H&H WHOLESALE SERVICES, INC., *et al.*,

                Defendants.
----------------------------------- X

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

No. 17-cv-3095 (CBA)( LB)

Notice is hereby given that, subject to approval by the court, Defendants H&H Wholesale Services, Inc., Howard Goldman, and David Gulas substitute the law firm of Cohen & Gresser LLP as counsel of record in place of Alan Levine, Laura Grossfield Birger, Abigail Belknap Seidner, David Bright, and Lauren Gerber Lee of Cooley LLP.

**PLEASE TAKE FURTHER NOTICE** that all pleadings and notices of hearings in the above-captioned proceedings must be served upon:

        Daniel H. Tabak
        Cohen & Gresser LLP
        800 Third Avenue, 21st Floor
        New York, New York 10022

as counsel for Defendants H&H Wholesale Services, Inc., Howard Goldman, and David Gulas.

I consent to the above substitution.

Dated:    New York, New York
           August 3, 2017

H&H WHOLESALE SERVICES, INC.

By: _____
Howard Goldman

I consent to the above substitution.

Dated:    New York, New York
           August 3, 2017

HOWARD GOLDMAN

By: _____
Howard Goldman

| | |
|---|---|
| I consent to the above substitution.<br><br>Dated:    New York, New York<br>            August 3, 2017 | DAVID GULAS<br><br>By:  /s/ David Gulas           <br>       David Gulas |

I consent to being substituted.

Dated: New York, New York
August 3, 2017

COOLEY LLP

By: */s/Alan Levine*
    Alan Levine

I consent to being substituted.

Dated: New York, New York
August 3, 2017

COOLEY LLP

By: */s/Laura Grossfield Birger*
    Laura Grossfield Birger

I consent to being substituted.

Dated: New York, New York
August 3, 2017

COOLEY LLP

By: */s/Abigail Belknap Seidner*
    Abigail Belknap Seidner

I consent to being substituted.

Dated: New York, New York
August 3, 2017

COOLEY LLP

By: */s/David Bright*
    David Bright

I consent to being substituted.

Dated: New York, New York
August 3, 2017

COOLEY LLP

By: */s/Lauren Gerber Lee*
    Lauren Gerber Lee

I consent to the above substitution.

Dated: New York, New York
August 3, 2017

COHEN & GRESSER LLP

By: */s/Daniel H. Tabak*
    Daniel H. Tabak

The substitution of counsel is hereby approved and so ORDERED.

Dated: _____        _____
                                                            Hon. Carol Bagley Amon
                                                            United States District Judge