FILED
IN CLERK'S OFFICE
US DISTRICT ... ... N.Y.

★ AUG 03 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ABBOTT LABORATORIES, et al.,

        Plaintiffs,

-v-

H&H WHOLESALE SERVICES, INC., et al.,

        Defendants.
----------------------------------------X

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

No. 17-cv-3095 (CBA)(LB)

Notice is hereby given that, subject to approval by the court, Defendants H&H Wholesale Services, Inc., Howard Goldman, and David Gulas substitute the law firm of Cohen & Gresser LLP as counsel of record in place of Alan Levine, Laura Grossfield Birger, Abigail Belknap Seidner, David Bright, and Lauren Gerber Lee of Cooley LLP.

**PLEASE TAKE FURTHER NOTICE** that all pleadings and notices of hearings in the above-captioned proceedings must be served upon:

    Daniel H. Tabak
    Cohen & Gresser LLP
    800 Third Avenue, 21st Floor
    New York, New York 10022

as counsel for Defendants H&H Wholesale Services, Inc., Howard Goldman, and David Gulas.

I consent to the above substitution.

Dated:    New York, New York
             August 3, 2017

H&H WHOLESALE SERVICES, INC.

By: _____
    Howard Goldman

I consent to the above substitution.

Dated:    New York, New York
             August 3, 2017

HOWARD GOLDMAN

By: _____
    Howard Goldman

So Ordered: /S/ Judge Lois Bloom
8/3/17
    Lois Bloom
    U.S. Magistrate Judge