**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

November 29, 2017

Geoffrey Potter
Partner
(212) 336-2050
Direct Fax: (212) 336-7906
gpotter@pbwt.com

By CM/ECF

Judge Lois Bloom
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Abbott Laboratories et al. v. H&H Wholesale Services, Inc. et al.
      17 Civ. 3095 (CBA) (LB) (E.D.N.Y.)

Dear Judge Bloom:

We represent the plaintiffs Abbott Laboratories, Abbott Diabetes Care Inc., and Abbott Diabetes Care Sales Corp. (collectively, "Abbott") in the above-referenced action and write in response to the Motion to Withdraw as Counsel of Record filed by counsel to defendants H&H Wholesale Services, Inc., Howard Goldman, and David Gulas (collectively, "H&H"). (D.E. 73). We note that this is H&H's *fourth* law firm to seek leave to resign.

Abbott does not oppose the Motion. Abbott does, however, object to any action that would lead to any additional extensions of the stipulated deadlines in this case.[1] Your Honor has repeatedly, on the record, warned H&H that if it were to change counsel yet again, that change in counsel would not be allowed to cause delay, in either this action or the related diversion action.[2] Moreover, the Motion is no surprise to H&H, who, according to the motion papers, was informed nearly a month ago that its counsel intended to withdraw.

A corporation, of course, cannot proceed *pro se*.[3] Abbott therefore respectfully requests that the Court issue a deadline for H&H to retain new counsel or default that will ensure that incoming counsel has sufficient time to come up to speed and meet the stipulated deadlines in this action.

---

[1] The stipulated deadlines are set forth in the recently filed Stipulation and Proposed Order, docket entry 72.

[2] *Abbott Laboratories et al. v. Adelphia Supply USA et al.*, No. 15 Civ. 05826 (E.D.N.Y.).

[3] *See, e.g.*, *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22-23 (2d Cir. 1983).

10147864

Hon. Lois Bloom
November 29, 2017
Page 2

                                                    Respectfully submitted,

                                                    */s/ Geoffrey Potter*

                                                    Geoffrey Potter

cc:      Judge Carol Bagley Amon (via ECF)
         All counsel of record (via ECF)