FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 30 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

ABBOTT LABORATORIES, ABBOTT
DIABETES CARE INC., and ABBOTT
DIABETES CARE SALES CORPORATION,

        Plaintiffs,

    - against -

H&H WHOLESALE SERVICES, INC.,
HOWARD GOLDMAN, DAVID GULAS, and
JOHN DOES 1-10,

        Defendants.

----------------------------------------------------------------x

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 17 CIV ~~3096~~ 3095 (CBA) (LB)

Amon, J.

[~~PROPOSED~~] ORDER

Upon consideration of the Motion to Withdraw as Counsel of Record for defendants

H&H Wholesale, Howard Goldman, and David Gulas, filed on November 28, 2017, by the law

firm of Cohen & Gresser, LLP, ("C&G"), and any responses thereto, it is hereby

*ordered that C&G file an*

~~ADJUDGED and DECREED~~ that the Motion is GRANTED.

*affidavit for in camera review in support*

*of this application by the*

*12/8/17*

Dated: *November 29*, **2017**
    Washington, D.C.

           s/Carol Bagley Amon
           _____
           Hon. Carol Bagley Amon
           United States District Judge

1661017.1