# SPRINGUT LAW PC

**VIA ECF**
May 7, 2018

Honorable Carole Bagley Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Abbott Laboratories v. H&H Wholesale Services, Inc., et al.*
          17 Civ. 3095-CBA-LB

Dear Judge Amon:

We represent defendants H&H Wholesale Services Inc., Howard Goldman, and
David Gulas (collectively "H&H").  As directed, we are advising the Court that H&H
will not proceed with a motion to withdraw a factual admission, as discussed at the
April 17, 2018, conference.

Respectfully Submitted,

Milton Springut

cc:     Plaintiff's counsel (via ECF)


441179.1