# SPRINGUT LAW PC

**VIA ECF**
June 26, 2018

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Abbott Laboratories v. H&H Wholesale Services, Inc., et al.*
    17 Civ. 3095-CBA-LB

Dear Judge Bloom:

We represent defendants H&H Wholesale Services Inc., Howard Goldman, and David Gulas (collectively "H&H").  A phone conference is scheduled for tomorrow at 12 pm on H&H's discovery motions.  (Dkt. 115)

This letter is to request that the conference be recorded by a Court reporter.

The issues raised by H&H's motion are of significant importance to its defense.  In our experience, the transcripts from the audio recordings often contain many mistakes in transcription.  It is important that the Court's proceedings be recorded in the most accurate fashion possible.  We accordingly request that a Court reporter be present.

Respectfully Submitted,

Tal S. Benschar

*Counsel for Defendants H&H Wholesale Services Inc.,
Howard Goldman, and David Gulas*

cc:    All counsel (via email)

442243.1